## Exhibit 2

Truth in Lending Disclosure Statement - May 2008 Loan

## Sheila Smith

| | |
|---|---|
| **From:** | Sheila Smith [ssmith@rlpcenter.com] |
| **Sent:** | Wednesday, May 21, 2008 10:41 AM |
| **To:** | 'ABKOUSSIH@YAHOO.COM' |
| **Cc:** | Marlo Garvin (mgarvin@auamed.org) |

**Subject:** Ed-Invest Private Loan Application

Hello  Abdel Koussih


This email is to confirm that your Ed-Invest Private loan application has been approved and set to disburse on 5/30/08. An Approval letter and Truth In Lending Disclosure Statement has been mailed to your permanent address.
If you have any questions, please call us toll free at (877) 444-0300.

Sincerely,
Sheila Smith
Richland Loan Processing Center, L.L.C.
PO Box 88520
Sioux Falls, SD 57109-8520
Customer Service: 877.444.0300
Fax: 877.779.7079
http://www.rlpcenter.com

5/21/2008

# Richland

**LOAN PROCESSING CENTER, L.L.C.**

3904 W Technology Circle · Suite 104 · Sioux Falls, SD 57106
Phone 605.323.2940 · Fax 605.361.3947
www.rlpcenter.com

May 21, 2008

ABDEL M KOUSSIH
2144 LAKESHORE DRIVE 27C
RIDGELAND MS 39157

Account: 61496

Dear Abdel M Koussih:

**Congratulations!!** Your Ed-Invest Private Loan has been approved and your first disbursement is scheduled for May 30, 2008. Specific terms of the loan are confirmed to you in the enclosed Truth-in-Lending Disclosure Statement.

The terms of your loan were based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have the right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You may obtain a free copy of your report from the consumer reporting agency. You also have the right to dispute with the consumer reporting agency the accuracy or completeness of any information in the report.

TransUnion
2 Baldwin Place
P.O. Box 1000
Chester, PA 19022
1-800-916-8800

If you have any questions regarding this loan, please contact our office at (877) 444-0300.

Sincerely,

Richland Loan Processing Center, L.L.C.
Richland State Bank

Note: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, and age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the FDIC Consumer Response Center, 2345 Grand Boulevard, Suite 100, Kansas City, MO 64108.

Richland State Bank

**Ed-Invest Private Loan Program**                                                                    Page 1 of 2
**Truth-In-Lending Disclosure Statement (Initial)**

Date of Disclosure: 5/21/2008                                          Loan Amount:  $19,917.58

Name and Address of Borrower:                         Name and Address of Co-Signer:

  ABDEL M KOUSSIH
  2144  LAKESHORE DRIVE  27C
  RIDGELAND MS  39157

Account #:  61496

Lender: Richland State Bank                           School:  American University Of Antigua
Loan Processor for Lender:  Richland Loan Processing Center, L.L.C.
Telephone:  (877) 444-0300

In this disclosure, the words "you" and "your" refer to the Borrower and Co-Signer disclosed above.  "Lender" refers to the Lender disclosed above.

The Lender has approved an Ed-Invest Private Loan to the Borrower in the amount of $19,917.58. If you do not want the loan, write the Loan Processor identified above, do not cash any loan checks, and immediately return (and instruct the school to immediately return) to Lender any loan proceeds that have been disbursed.

This Truth-in-Lending Disclosure Statement becomes an attachment to, and part of, your original Promissory Note which you signed when you applied for an Ed-Invest Private Loan.  Please check this information thoroughly, immediately notifying us of any discrepancies.  This loan constitutes an interim credit extension under a student credit program, as defined by Federal law.

You will receive a coupon book or billing statement prior to your first payment due date.  Please send all correspondence to the Loan Processor and note your account number on all documents.  Send to:  **Richland Loan Processing Center, L.L.C., PO Box 88520, Sioux Falls, SD  57109-8520**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | | Amount Financed<br>The amount of credit provided to you or on your behalf. |
|---|---|---|
| Interim Period | Repayment Period | |
| 16.02% e | 10.00% e | $18,125.00 |

| | |
|---|---|
| Late Charge: | If you fail to make any part of a payment within 15 days after it is due, you will have to pay a late charge of the greater of  $5.00 or 5% of the amount that is late. |
| Prepayment: | If you pay the loan off early, you will not have to pay a penalty. |
| Variable Rate: | The Annual Percentage Rate may increase each calendar quarter if there was an increase in the Prime Rate during the prior quarter. The interest rate will be equal to the Prime Rate (as published in the "Money Rates" section of the Wall Street Journal) in effect 45 days prior to the first day of the calendar quarter plus a margin of 4.00% rounded to the nearest one-eighth of one percent.  The interest rate will not increase above 25% per annum.  Any increase will take the form of more payments and may also result in higher payments. |

See your Promissory Note and other contract documents for any additional information about non-payment, default, any required payment in full before the scheduled dates and prepayment refunds and penalties.

e  means an estimate

The calculation of the Annual Percentage Rate for the Interim Period is based on the current interest rate, includes the Prepaid Finance Charge, and assumes that all interest accruing during the Interim Period is capitalized annually on the first day of each January during the Interim Period and at the commencement of the Repayment Period.

Itemization of Amount Financed:

| | | |
|---|---|---|
| Amount paid directly to you | $ | 0.00 |
| Amount paid on your behalf to  American University Of Antigua | $ | 18,125.00 |
| Origination Fee | $ | 1,792.58 |
| Less Prepaid Finance Charges | $ | (1,792.58) |
| Equals Amount Financed | $ | 18,125.00 |

A schedule of each disbursement for this loan is shown on page 2.

**Ed-Invest Private Loan Program**

**Truth-In-Lending Disclosure Statement (Initial)**

Date of Disclosure: 5/21/2008

Loan Amount:  $19,917.58

Name and Address of Borrower:

  ABDEL M KOUSSIH
  2144 LAKESHORE DRIVE 27C
  RIDGELAND MS 39157

Name and Address of Co-Signer:

Account #: 61496

Lender: Richland State Bank
Loan Processor for Lender: Richland Loan Processing Center, L.L.C.
Telephone: (877) 444-0300

School: American University Of Antigua

Itemization of each scheduled disbursement

Disbursement Number: 1
Disbursement Date: 05/30/2008

Itemization of Amount Financed For Disbursement Number 1

| | |
|---|---|
| Amount paid directly to you | $ 0.00 |
| Amount paid on your behalf to American University Of Antigua | $ 18,125.00 |
| Origination Fee | $ 1,792.58 |
| Less Prepaid Finance Charges | $ (1,792.58) |
| Equals Amount Financed | $ 18,125.00 |