IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: Abdel Koussih | ) | CASE NO.: 10-15221-DWH |
| | ) | CHAPTER 7 |
| Debtor | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| AMERICAN UNIVERSITY | ) | |
| OF ANTIGUA INC. | ) | |
| | ) | |
| Plaintiff | ) | ADVERSARY NO. _____ |
| v. | ) | |
| | ) | |
| ABDEL KOUSSIH | ) | |
| | ) | |
| Defendant | ) | |

AGREED ORDER ON PLAINTIFF'S
COMPLAINT TO DETERMINE DISCHARGEABILITY
OF DEBT UNDER 11 U.S.C. § 523(a)(8)

THIS MATTER having come before the Court upon Motion of the Plaintiff, American University of Antigua Inc. (hereinafter "AUA"), on its Complaint to Determine the Dischargeability of certain school loan debt under 11 U.S.C. § 523(a)(8), and the Court being fully apprised in the premises, and upon mutual agreement of the Parties, does hereby find, and so orders that the student loan debt owed by Debtor under the four (4) education loans owned by AUA (as more fully described in the Complaint) is nondischargeable under 11 U.S.C. § 523(a)(8)(A) and (B), and that upon an Order of Discharge and Order Closing Case, the Debtor Dr. Abdel M. Koussih continues to owe his said student loan debt to AUA. No Attorney's Fees or Bankruptcy Costs will be Added to Dr. Koussih student loan debt.

SO ORDERED

AGREED:

_____
R. Gawyn Mitchell, Esq.
P.O. Box 1216
Columbus, MS 39703-1216
*Attorney for Debtor*

_____
Stephanie G. Beaver Esq.
Daniel, Coker, Horton & Bell, P.A.
P.O. Box 416
Gulfport, MS 39502-0416
*Attorney for AUA*

PREPARED BY:
KENNETH A. RUTHERFORD – MS BAR #5749
krutherford@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
265 NORTH LAMAR BOULEVARD, SUITE R
POST OFFICE BOX 1396
OXFORD, MS 38655-1396
TELEPHONE: (662) 232-8979
FACSIMILE: (662) 232-8940

STEPHANIE G. BEAVER – MS BAR #100237
sbeaver@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
1712 15th STREET, SUITE 400
POST OFFICE BOX 416
GULFPORT, MS 39502-0416
TELEPHONE: (228) 864-8117
FACSIMILE: (228) 864-6331

2